### BURKE, Respondent, v. UNITED CLOAK & SUIT CUTTERS' BENEVOLENT & PROTECTIVE ASS'N OF NEW YORK, Appellant.

(City Court of New York, General Term. December 8, 1893.)

Action by Dion W. Burke against the United Cloak & Suit Cutters' Benevolent & Protective Association of New York and vicinity.
Argued before McCARTHY and NEWBURGER, JJ.

S. H. Hyman, for appellant.
John M. Harrington, for respondent.

NEWBURGER, J.   A careful examination of the printed case fails to disclose any error on the trial of this action that would warrant us in disturbing the verdict of the jury.   Judgment affirmed, with costs.

